# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DUSTIN GOMEZ**, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>**CALIFORNIA BUSINESS BUREAU, INC.** and JOHN DOES 1-25,<br><br>Defendant. | CASE NO. 2:17-cv-03829- PA-PLA<br><br>[Assigned to the Hon. Percy Anderson]<br><br>**ORDER RE:**<br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY ORDERED that pursuant to Stipulation of the Plaintiff DUSTIN GOMEZ and Defendant CALIFORNIA BUSINESS BUREAU, INC., through their respective counsel of record, and *Federal Rule of Civil Procedure* 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without fees or costs to either party.

Dated this 3rd day of January, 2018

_____
Hon. Percy Anderson
UNITED STATES DISTRICT JUDGE